UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

      Plaintiff,

v.                                                       Case No. 22-cr-240 (JNE/DTS)
                                                       ORDER

Jaime Resendiz,

      Defendant.

In a Report and Recommendation dated March 1, 2023, the Honorable David T. Schultz, United States Magistrate Judge, recommended that Jaime Resendiz's Motion to Suppress be denied. Resendiz objected, and the United States responded. The Court has conducted a de novo review of the record. *See* Fed. R. Crim. P. 59(b)(3). Based on that review, the Court overrules the objections and accepts the recommended disposition [Docket No. 36]. Therefore, IT IS ORDERED THAT Resendiz's Motion to Suppress [Docket No. 19] is DENIED.

Dated: April 17, 2023

                                                              s/Joan N. Ericksen
                                                              JOAN N. ERICKSEN
                                                              United States District Judge